IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GREG GROUNDS**                                                                                  **PLAINTIFF**

**VS.**                                             **4:21-CV-00115-BRW**

**CITY OF LITTLE ROCK**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Defendant and this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of February, 2022.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE